JS - 6   **LINKS: 1, 3**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-00144 GAF (JEMx) | Date | February 24, 2012 |
|---|---|---|---|
| Title | Federal Home Loan Mortgage Corporation v. Raymond Montes De Oca et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**      **(In Chambers)**

### ORDER REMANDING CASE

On August 18, 2011, Plaintiff Federal Home Loan Mortgage Corp. filed this unlawful detainer action against Defendants Raymond Montes De Oca and Cheryl Marquez in Los Angeles Superior Court. (Docket No. 1, Not., Ex. 1 [Compl.].) On January 6, 2012, Defendant Marquez removed the case to this Court, alleging that the Court had subject matter jurisdiction pursuant to 28 U.S.C. § 1331. (Not. at 1-2.) On January 26, 2012, this Court issued an Order to Show Cause ordering Defendant to show cause why this case should not be remanded for lack of subject matter jurisdiction. (Docket No. 3, 2/26/12 Order.) The Court's order directed Defendant to file its response by no later than February 9, 2012, and advised that a failure to file a timely response would be deemed consent to an order remanding the case. (Id. at 3.)

To date, Defendant has not filed a response to the Court's Order to Show Cause. The Court therefore **REMANDS** this case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**